UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>LAMAR ALLEN THOMPSON,<br>Defendant | NO.  CR 19-5000 RBL<br><br>Order Continuing Trial and Pretrial<br>Motions Deadline |

**Order**

Lamar Thompson moves the Court to continue the current trial date to

sometime on or before December 31, 2019, and adjust the Pretrial Motions deadline

accordingly.   The Government has reviewed this motion and advises that it has no

objection to the same.  Mr. Thompson has submitted a speedy trial waiver through

the end of December, 2019.

The Court GRANTS the motion.  In doing so, it makes the following

findings:

1.   The ends of justice served by granting this continuance outweigh the best

interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2.   Proceeding to trial absent adequate time for the defense to prepare would

result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3.   The Court finds that the failure to grant the continuance requested by the

defense would deny the defense the reasonable time necessary for effective

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881

preparation, taking into account the exercise of due diligence.  Based on Mr.

Thompson's Motion to Continue, and the Court's review of the files and records in

this case, the Court finds that the defense needs additional time to review the

discovery materials in this case.  Attorney Brennan has just been appointed and

needs additional time to prepare for trial.  The initial batch of discovery consists of

approximately 415 pages of documentary evidence, as well as considerable

electronic evidence including cellphone images, etc.  The defense will also need

additional time to conduct its own investigation of the case and locate and/or

investigate potential witnesses of its own.

Taking into account the exercise of due diligence, a continuance is necessary

to allow the defendant the reasonable time to meet the above objectives.

Accordingly, IT IS HEREBY ORDERED that the trial date is continued to October

28, 2019, at 9:30 a.m. and that the pretrial motions deadline shall be September 25,

2019. A pretrial conference shall be held October 18, 2019, at 8:30 a.m.   The

resulting period of delay from the filing date of this motion until the new trial date is

excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED this 19th day of February, 2019.

_____
ROBERT J. BRYAN
United States District Judge

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881